SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE RAAG SINGHAL

DEFENDANT **Gary A. Venning** CASE NO. **22-60001-CR-Singhal**

Deputy Clerk **Valant Hmpkr** Court Reporter **Karl Shires** DATE **4-29-2022**

USPO **Clifford McKinney** AUSA **Philip Trout** Deft's Counsel **Martin Feigenbaum**

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited. ___ Sentencing cont'd until _____

JUDGMENT AND SENTENCE

Imprisonment    Years    Months    Counts
                         **Time Served**    **I**

Supervised Release **3 Years as to Count I of the Information**
**[DE22] Defendant's Motion for Downward Variance is hereby Granted**

**✓** Court advised the Defendant of his/her right to appeal   Restitution Hearing set for _____

Government's ore tenus motion to dismiss remaining counts are hereby _____

Assessment $ **100.00** Fine $ **0** Restitution $ **475,865.48 to be paid within 90 days from the date of the Judgment**

___ Data Encryption ___ Permissible Computer Examination ___ Computer Modem Restriction
___ Computer Possession Restriction ___ Employer Computer Restriction Disclosure
___ No Contact with Minors ___ No Contact with Minors in Employment ___ Sex Offender Treatment
___ No Involvement Youth Organization ___ Sex Offender Registration ___ Adam Walsh Act Search
___ Offense Related Computer Restriction ___ Restricted Possession of Sexual Materials
___ Permissible Computer Examination ___ Permissible National Business Travel ___ No New Debt
___ Anger Control/Domestic Violence ___ Community Service **✓ One (1) Year Home Detention with**
___ Mental Health Treatment ___ Substance Abuse Treatment ___ Related Concern Restriction **Electronic**
___ Employment Requirement ___ Cooperating IRS ___ Association Restriction **✓** Forfeiture **Monitoring**
___ Self-Employment Restriction ___ Computer Activity Record Keeping Requirement
___ Disclosure of Telephone Records ___ Employment Solicitation Restriction **✓** Financial Disclosure
___ Location Monitoring Program ___ Relinquishment of Licensure ___ Residential Reentry Center
___ Surrender for Removal After Imprisonment ___ Cooperating Immigration Removal Proceedings
___ Treatment for Gambling **✓** Unpaid Restitution, fines, special assessments **✓** Permissible Search

CUSTODY

_____ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _____