UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-60001-CR-SINGHAL

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

GARY A. VENNING,
    Defendant.
_____/

## ORDER APPROVING STIPULATION REGARDING FORFEITURE AND RESTITUTION

**THIS CAUSE** is before the Court on the United States' Motion to Approve Stipulation Regarding Forfeiture and Restitution ("Stipulation") between the United States and Defendant Gary A. Venning ("Defendant"). The Court has carefully reviewed the Motion for Approval, the related Stipulation, and is otherwise advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The United States' Motion to Approve Stipulation between the United States and Defendant is **GRANTED**.

2. The Stipulation entered into between the United States and the Defendant is **APPROVED**.

3. The Court will retain jurisdiction over this matter and the parties to enter such further orders as may be necessary to effectuate the Agreement.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this ___ day of May 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE